Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 07-056 LKK |
| Plaintiff, | ) WAIVER OF DEFENDANT'S PRESENCE<br>) [Fed.R.Crim. Pro. 43] |
| vs. | ) Court:  Hon. Lawrence K. Karlton |
| Nathosha Saunders, et.al. | ) |
| Defendants | |

    Ms. Natasha Saunders waives the right to be present in person in open Court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, initial appearance, plea, trial confirmation hearing, impanelment of jury, every trial stage including verdict, and imposition of sentence. The defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver, agrees that her interests will be deemed represented at all times by the presence of her attorney the same as if she were personally present, and further agrees to be present in Court and ready for trial any day and hour the Court may fix in her absence.

The defendant further acknowledges that she has been informed of her rights under 18 U.S.C. § 3161 – 3174 (the Speedy Trial Act), and authorizes her attorney to set times and delays under that act without her being present.  The reason for this request is that Ms. Saunders is employed full time as a condition of her pre-trial release and missing work would jeopardize her employment.  With the Court's permission, Ms. Saunders respectfully requests that this Court accept her waiver of appearance when the statute deems her presence inessential and this Court consents.

Dated: August 14, 2007    /s/ Natosha Saunders
                          Natosha Saunders
                          Defendant


                          __/s/ Shari Rusk___
                          Shari Rusk
                          Attorney for Defendant
                          Natosha Saunders


**ORDER**

IT IS SO ORDERED.
DATED:  September 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-