Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 07-056 LKK |
| Plaintiff, | ORDER |
| vs. | Court: Hon. Lawrence K. Karlton<br>Date: October 10, 2007<br>Time: 9:30 a.m. |
| Nathosha Saunders, et.al. | |
| Defendants | |

Following a status conference on September 11, 2007, the Court granted defendants' unopposed request for a continuance of the status conference until October 10, 2007, at 9:30 a.m., in order to permit further discussion of potential terms of a plea agreement, and orally excluded time under the Speedy Trial Act. As was agreed to by the parties, time for trial under the Speedy Trial Act is excluded between August 14, 2007, and

///

///

///

-1-

October 10, 2007, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv), Local Code T-4.

IT IS SO ORDERED.

DATED: October 3, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT