```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-07-056 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RESETTING |
| v. ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| NATOSHA SAUNDERS, ) | |
| ) | DATE: October 30, 2007 |
| Defendant. ) | TIME: 9:30 a.m. |
| _____ ) | CTRM: Honorable Lawrence K. Karlton |

The United States of America, through ounsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Natosha Saunders, through her counsel of record, Shari Rusk Esq., hereby submit this stipulation and proposed order resetting the status conference held on October 10, 2007 to October 30, at 9:30 a.m.

Counsel further request that time be excluded from October 10, 2007, to October 30, 2007, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).  Ms. Rusk represented she needs time

///

1

review discovery and to discuss case resolution.  The defendant is is aware of the request for continuance and approves of it.

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated: October 29, 2007      By:   /s/
                                          ROBIN R. TAYLOR
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff

DATED: October 28, 2007      By:   /s/
                                          Shari Rusk
                                          Attorney for Defendant

## ORDER

For good cause shown above,

**IT IS SO ORDERED.**

DATED: October 29, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2