Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 07-056 LKK |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) SENTENCING HEARING |
| vs. | ) Court:  Hon. LAWRENCE K. KARLTON |
|  | ) Time:   9:30 a.m. |
|  | ) Date:   January 8, 2007 |
| Natosha Saunders, et.al. | ) |
| Defendants | |

Natosha Saunders pled guilty to Count Five of a seven count indictment, to a violation of 18 U.S.C. 18 U.S.C. § 1030(a)(4) – Fraud and Related Activity in Connection with Computers.

Ms. Saunders is currently scheduled to be sentenced on January 8, 2008.  The probation office needs additional time to interview Ms. Saunders and prepare a report.  The parties request that the matter be calendared for judgment and sentencing on March 4, 2008, if that date is available with the Court.  The parties request the following schedule:

Draft Pre-sentence report:           January 28, 2008

Objections:                          February 11, 2008

Final Report:                        February 18, 2008

///

-1-

1  J & S:                                     March 4, 2008

2

3  Dated: January 7, 2008            Respectfully submitted,

4
                                     __/s/ Shari Rusk___
5                                    Shari Rusk
                                     Attorney for Defendant
6                                    Natosha Saunders

7

8
   Dated: January 7, 2008            __/s/_ Robin Taylor_____
9                                    /s/ Robin Taylor
                                     Assistant United States Attorney
10

11

12                                   **ORDER**

13

14       IT IS SO ORDERED.

15
   DATED: January 7, 2008
16                                   _____
                                     LAWRENCE K. KARLTON
17                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28