Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 07-056 LKK |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. LAWRENCE K. KARLTON<br>) Time:   9:30 a.m.<br>) Date:   March 18, 2007 |
| Natosha Saunders, et.al. | ) |
| Defendants | |

   Natosha Saunders pled guilty to Count Five of a seven count indictment, to a violation of 18 U.S.C. 18 U.S.C. § 1030(a)(4) – Fraud and Related Activity in Connection with Computers.

   Ms. Saunders is currently scheduled to be sentenced on March 3, 2008.  The probation office has interviewed Ms. Saunders and needs additional time to verify her information and prepare a report.  The parties request that the matter be calendared for judgment and sentencing on March 18, 2008, and that date is available with the Court.  The parties request the following schedule:

Draft Pre-sentence report:          February 12, 2008

Objections:                         February 26, 2008

Final Report:                       March 4, 2008

///

-1-

1  J & S:                                March 18, 2008

2

3  Dated: January 29, 2008           Respectfully submitted,

4
                                      __/s/ Shari Rusk___
5                                     Shari Rusk
                                      Attorney for Defendant
6                                     Natosha Saunders

7

8
   Dated: January 29, 2008            __/s/_ Robin Taylor_____
9                                      /s/ Robin Taylor
                                      Assistant United States Attorney
10

11

12                                    **ORDER**

13

14      IT IS SO ORDERED.

15  DATED: February 1, 2008

16                                    _____
                                      LAWRENCE K. KARLTON
17                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
18

-2-