UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                          RE:    Natosha SAUNDERS
                                                   Docket Number:   2:07CR00056-03
                                                   **ORDER RE CONTINUATION OF INITIAL APPEARANCE**

Your Honor:

On October 7, 2008, Your Honor signed a probation violation petition on the above named offender, placing the matter on the Court's calendar for Tuesday, November 4, 2008, at 9:15 a.m. The probation officer was ordered to notify the defendant and counsel of said hearing.

On October 8, 2008, the undersigned attempted to serve the offender with the petition and notify her of her scheduled court date. The offender indicated that she would not be able to be present at this court date due to the fact that her newborn baby had a doctor's appointment on that date. The offender, however, was amenable to a court date later in the month of November. Consequently, this officer is requesting the Court continue the presently scheduled initial appearance on the probation violation petition scheduled for November 4, 2008, at 9:15 a.m. to November 12, 2008, at 9:15 a.m.

Should Your Honor have any additional questions, the undersigned can be reached at (916) 930-4308.

                                          Respectfully submitted,

                                          **/s/Matthew M. Faubert**
                                          **MATTHEW M. FAUBERT**
                                          **Senior United States Probation Officer**

**RE:   Natosha SAUNDERS**
      **Docket Number:   2:07CR00056-03**
      <u>**CONTINUATION OF INITIAL APPEARANCE**</u>


Dated:      October 14, 2008
            Sacramento, California
            MMF/cp


**REVIEWED BY:**      /s/Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**


cc:   Assistant United States Attorney
      Federal Defender's Office


**ORDER OF THE COURT:**

[✔]   The initial appearance on the probation violation petition filed on October 7, 2008, presently scheduled for November 4, 2008, at 9:15 a.m. is continued to November 12, 2008, at 9:15 a.m.

[ ]   Case shall remain on calendar as previous ordered.

[ ]   Other:

<u>October 15, 2008</u>
DATE

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT