```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 07-056 LKK |
| Plaintiff, | ) STIPULATION AND ORDER TO HEARING<br>) ON TSR VIOLATION |
| vs. | ) Court:  Hon. LAWRENCE K. KARLTON<br>) Time:   9:15 a.m.<br>) Date:   March 3, 2009 |
| Natosha Saunders, | ) |
| Defendant. | |

A probation violation petition was filed against Ms. Saunders on October 7, 2008.  The matter was calendared for February 10, 2009 for hearing.  The parties agree that the matter should be continued to March 3, 2009 and fully expect that all issues will be resolved prior to that date.  That date is available with the Court and all parties ask to calendar the matter for March 3, 2009.

Dated: February 9, 2009         Respectfully submitted,


                                __/s/ Shari Rusk___
                                Shari Rusk
                                Attorney for Defendant
                                Natosha Saunders

-1-

1  Dated: February 9, 2009          __/s/_ Robin Taylor_____
                                    /s/ Robin Taylor
2                                   Assistant United States Attorney

3

4                                     **ORDER**

5

6       IT IS SO ORDERED.
   DATED: February 9, 2009

7

8                                   _____
                                    LAWRENCE K. KARLTON
9                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT