UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                RE:    Natosha SAUNDERS
                     Docket Number:  2:07CR00056-03
                     <u>WITHDRAWAL OF PETITION</u>

Your Honor:

On October 8, 2008, this officer filed a petition alleging the following violations:  Possession of a controlled substance, to wit, marijuana; failure to refrain from places where controlled substances are illegally sold, used, distributed or administered; and failure to refrain from associating with any persons engaged in criminal activity.  The matter was placed on the Court's calendar on November 12, 2008, at 9:15 a.m.  The matter was continued three months to February 5, 2009, to monitor the offender's progress on supervision.  This was done primarily due to the fact that the offender was pregnant and that her boyfriend, a state parolee, was the suspected owner of the marijuana.  On February 5, 2009, the matter was continued to March 3, 2009, for purposes of submitting a memo to request dismissal of the aforementioned petition.

During the time the matter was continued, the offender has been in full compliance with all her terms and conditions of supervised release.  She is an active participant in the Welfare to Work Program which requires her to take classes and actively seek work Mondays through Fridays from 8:00 a.m. to 5:00 p.m.  She is on her last phase of urinalysis testing and has never produced a positive sample.  Home visits made during this time revealed no evidence of contraband.

Due to the aforementioned, it is respectfully requested that the petition filed on October 8, 2008, on the above named offender, be dismissed and the Court hearing set for March 3, 2009 at 9:15 a.m. be taken off the Court's calendar.  Further, this officer is requesting permission from the Court to destroy the marijuana that was confiscated during the search on August 21, 2008.

**RE:** Natosha SAUNDERS
    Docket Number:   2:07CR00056-03
    <u>WITHDRAWAL OF PETITION</u>

                    Respectfully submitted,


                    /s/Matthew M. Faubert
                    **MATTHEW M. FAUBERT**
                    **Senior United States Probation Officer**

Dated:     February 17, 2009
           Sacramento, California
           MMF/cp


**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**


cc:    Robin Taylor
       Assistant United States Attorney

       Shari Rusk
       Defense Counsel

_____

**THE COURT ORDERS:**

[ ✓ ]   The petition filed on October 8, 2008, is hereby dismissed and the matter set for March 3, 2009, is taken off the Court's calendar.

[ ✓ ]   The Court grants permission for the United States Probation Office to destroy the marijuana confiscated during the search on August 21, 2008.

[ ]     Other:


<u>February 18, 2009</u>
DATE

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT